IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| RAYMOND L. ZISUMBO,<br><br>Plaintiff,<br><br>v.<br><br>OGDEN REGIONAL MEDICAL CENTER,<br><br>Defendant. | ORDER DENYING WIHTOUT PREJUDICE PLAINTIFF'S MOTION IN LIMINE RE: LEGAL PROBLEMS<br><br><br><br>Case No. 1:10-CV-73 TS |

This matter is before the Court on Plaintiff's Motion in Limine Re: Legal Problems.[1] Through his Motion, Plaintiff "seeks an Order from the Court prohibiting witnesses from offering testimony, and [Ogden Regional Medical Center ("ORMC")] from initiating questions related to [Plaintiff's] alleged, perceived, or actual legal problems unrelated to this case, unless preapproved by the Court."[2]

---

[1]Docket No. 108.

[2]*Id*. a 1.

1

In a prior decision, the Court warned that "[t]he record currently before the Court suggests that the criminal matters have very little, if any, relevance to the issues to be decided at trial" and "the prejudicial effect of the criminal matters is likely to be very high."[3]

As stated, the Court is mindful of the prejudice that may result from the introduction of testimony or evidence regarding Plaintiff's unrelated legal problems. For this reason, the Court reiterates that Defendant should not introduce evidence of Plaintiff's alleged, perceived, or actual legal problems unrelated to this case, unless pre-approved by the Court. However, the Court is persuaded that much of this evidence may be admissible at trial. Plaintiff may object to the admission of specific testimony, where appropriate, at trial.

It is therefore

ORDERED that Plaintiff's Motion in Limine Re: Legal Problems (Docket No. 108) is DENIED WITHOUT PREJUDICE. Plaintiff may object to specific evidence at trial.

DATED   July 26, 2013.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[3] Docket No. 84, at 2.