FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

AUG - 2 2013

BY MARK JONES, CLERK
_____ DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| RAYMOND L. ZISUMBO,<br><br>    Plaintiff,<br><br><br>    vs.<br><br><br>OGDEN REGIONAL MEDICAL<br>CENTER,<br><br>    Defendant. | VERDICT FORM<br><br><br><br>Case No. 1:10-CV-73 TS |

We, the jury, unanimously find as follows:

1.    Did Defendant intentionally discriminate against Plaintiff because of his race by terminating his employment?

    Yes _____    No  ✓ ~~llll~~ _____

2.    Did Defendant intentionally retaliate against Plaintiff by terminating his employment?

    Yes  ✓ ~~llll~~ _____    No _____

If you answered "No" to both of these questions, have the foreperson sign and date the Special Verdict Form and notify the Court Security Officer that you have reached a verdict. If you answered "Yes" to either Question 1 or 2, then proceed to Question 3.

3. Please state the amount of damages, if any, Plaintiff should receive. If you find that Plaintiff has failed to prove that he suffered any damages, then you must award him the nominal amount of $1.00.

Compensatory Damages: $ 7,500 ⁰⁰⁄₀₀

DATED this 2 day of August, 2013.

Michael L. Hyra
Foreperson